IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER SOLIS, | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 4:14-CV-00970 |
| WARDEN D. ZICKEFOOSE | : | (Judge Brann) |
| Respondent | : | |

ORDER

**AND NOW, ON THIS 15TH DAY OF DECEMBER, 2014**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED** for failure to exhaust administrative remedies.

2. The Clerk of Court is direct to **CLOSE** this case.

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge